**AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2)**

| Return | | |
|---|---|---|
| **Case No.:** | **Date and time warrant executed:** | **Copy of warrant and inventory left with:** |
| **Inventory made in the presence of:** | **USPS Tracking Number:** | |

**Inventory of the property taken and name of any person(s) seized:**

| Certification |
|---|

   I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.


Date: _____

_____
*Executing officer's signature*


_____
*Printed name and title*

# UNITED STATES DISTRICT COURT
## District of Arizona

*In the Matter of the Search of*:
**SUBJECT PARCEL:** One (1) USPS Express Mail parcel bearing USPS tracking number EI 967 743 804 US, addressed to "Nicole Thomas 2117 Wandering Way Jackson, MS 39212," with a return address of "Jayden Thomas 7841 N. 59th LN #B23 Glendale, AZ 85301." It is a brown cardboard box measuring 15" X 12" X 10"; weighing 7 pounds 2.4 ounces; postmarked January 30, 2025; and bearing $127.60 in postage.

**SEARCH WARRANT**

Case Number:

25-3055MB

TO:  David Stevens and any Authorized Officer of the United States

Affidavit having been made before me by Affiant, David Stevens, UNITED STATES POSTAL INSPECTOR, on the premises known as:

**SUBJECT PARCEL:** One (1) USPS Express Mail parcel bearing USPS tracking number EI 967 743 804 US, addressed to "Nicole Thomas 2117 Wandering Way Jackson, MS 39212," with a return address of "Jayden Thomas 7841 N. 59th LN #B23 Glendale, AZ 85301." It is a brown cardboard box measuring 15" X 12" X 10"; weighing 7 pounds 2.4 ounces; postmarked January 30, 2025; and bearing $127.60 in postage,

in the District of Arizona there is now concealed certain property, namely, CONTROLLED SUBSTANCES AND/OR U.S. CURRENCY OR DOCUMENTS RELATING TO THE DISTRIBUTION OF CONTROLLED SUBSTANCES THROUGH THE UNITED STATES MAIL, IN VIOLATION OF TITLE 21, UNITED STATES CODE, SECTIONS 841(a)(1) and/or 846. AS EVIDENCE OF SAID VIOLATIONS.

I am satisfied that the Affidavit establishes probable cause to believe that the property so described is now concealed on the premises above described and establishes grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before _February 14, 2025_ (Date) (not to exceed 14 days) the premises named above for the property specified, serving this warrant and making the search in the daytime (6:00 a.m. to 10:00 p.m.), if the property be found there to seize same, leaving a copy of this warrant and receipt for the property taken, and to prepare a written inventory of the property seized and promptly return this warrant to any United States Magistrate Judge, District of Arizona as required by law.

_January 31, 2025 @ 1p_                              at        Phoenix, Arizona
Date and Time Issued                                             City and State

HONORABLE MICHAEL T. MORRISSEY                      _M Morrissey_
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer                              Signature of Judicial Officer